**FILED**
NOV 15 2007
Nov 15 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**

LAMAR C. CHAPMAN III

**DEFENDANTS**

Roger E. Walker, Jr., et al.

**(b) County of Residence of First Listed Plaintiff**  DU PAGE
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  n/A
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c) Attorney's (Firm Name, Address, and Telephone Number)**

Plaintiff, Pro Se
See Verified Complaint

**07CV6484
JUDGE ST EVE
MAG. JUDGE BROWN**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP (For Diversity...)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

[Checkbox list of suit types — 550 Civil Rights marked with X]

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding

## VI. CAUSE OF ACTION

HABEAS CORPUS RELIEF

## VII. PREVIOUS BANKRUPTCY MATTERS

NONE

## VIII. REQUESTED IN COMPLAINT:

DEMAND $ N/A
JURY DEMAND: ☒ No

**IX. This case** ☒ is not a refiling of a previously dismissed action.
☒ is a refiling of case number 06 C 7026 previously dismissed by Judge Amy St. Eve / Brown

DATE 11-15-07

SIGNATURE OF ATTORNEY OF RECORD

Lamar C. Chapman III, Pro Se