APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: _Lamar C. Chapman III_
(Please print)

STREET ADDRESS: _1314 Kensington Road - POB 5832_

CITY/STATE/ZIP: _Oak Brook, IL 60523-5832_

PHONE NUMBER: _(630) 881-1936_

CASE NUMBER: **07CV6484**
**JUDGE ST EVE**
**MAG. JUDGE BROWN**

_____     _11-15-07_
Signature                    Date

**FILED**
NOV 15 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT