## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Amy J. St. Eve | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6484 | **DATE** | 11/20/2007 |
| **CASE TITLE** | Chapman vs. Walker, et al | | |

**DOCKET ENTRY TEXT**

Petitioner is granted thirty days in which to submit an amended habeas petition (plus a judge's copy and service copy). The Clerk is directed to mail Petitioner an amended habeas form and instructions. Failure of Petitioner to comply with this order within thirty days will result in summary dismissal of this action.

■[ For further details see text below.]    Docketing to mail notices.

### STATEMENT

Lamar C. Chapman, a state prisoner who is currently out on parole, has filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges his 2005 state criminal conviction for possession of a stolen vehicle. Petitioner has paid the statutory filing fee.

The habeas petition on file is unacceptable. Because Petitioner has failed to use the Court's required form, *see* Local Rule 81.3(a) (N.D. Ill.), the Court does not have the information necessary to conduct the threshold review mandated by Rule 4 of the Rules Governing Habeas Corpus Cases Under Section 2254. The document Petitioner submitted does not provide a coherent history of the post-conviction proceedings in state court; furthermore, Petitioner has failed to articulate the grounds for seeking relief in federal court.

For the foregoing reasons, Petitioner is directed to submit an amended habeas petition (plus a judge's copy and service copy) using the Court's approved form. The Clerk will provide Petitioner with an amended habeas form and instructions. If Petitioner fails to comply with this order within thirty days, the Court will summarily dismiss this action.

Courtroom Deputy Initials: TH