# FILED

NOV 2 6 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

BY CERTIFIED MAIL - RETURN RECEIPT
Chief, Criminal Appeal Division
Illinois Attorney General's Office
100 West Randolph Street
12th Floor
Chicago, IL 60601

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

RECEIVED

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

NOV 21 2007

IN OFFICE OF
SONIA BENNETT

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Article Number (Transfer from service label): 7007 0710 0003 4430 7720

PS Form 3811, February 2004   Domestic Return Receipt   07 CV 6484   102595-02-M-1540