IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel.<br>  LAMAR C. CHAPMAN III, | ) <br> ) <br> ) | |
| Petitioner, | ) <br> ) | |
| v. | ) <br> ) | No. 07 C 6484 |
| ROGER E. WALKER JR.,<br>  Director, Illinois Department of Corrections,<br>Illinois Department of Corrections, and<br>LISA MADIGAN, Illinois Attorney General, | ) <br> ) <br> ) <br> ) <br> ) | The Honorable<br>Amy J. St. Eve, |
| Respondents. | ) | Judge Presiding. |

_____

## NOTICE OF MOTION

To:   Lamar C. Chapman III
      Alexander, Cavanaugh, and Block, LLC
      1314 Kensington Rd.
      P.O. Box 5232
      Oak Brook, IL 60523-5232

   On Thursday, February 7, 2008, at 8:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Amy J. St. Eve, or any judge sitting in her stead, in Courtroom 1241, Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois, and then and there present respondent's **Motion to Dismiss Petitioner's Petition for a Writ of Habeas Corpus For Failing to Exhaust Available State Court Remedies.**

January 30, 2008                              Respectfully submitted,

                                              LISA MADIGAN
                                              Attorney General of Illinois

By:   /s/ Sheri Wong
SHERI WONG, Bar No. 6291090
Assistant Attorney General
100 W. Randolph Street, 12th Floor
Chicago, IL 60601-3218
PHONE: (312) 814-3692
FAX: (312) 814-2253
EMAIL: swong@atg.state.il.us