# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Lamar C Chapman III

                          Plaintiff,

v.                                                  Case No.: 1:07–cv–06484
                                                       Honorable Amy J. St. Eve

Roger E. Walker Jr, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 31, 2008:

      MINUTE entry before Judge Amy J. St. Eve :Respondent's Motion to Dismiss is entered. (R. 10–1). Petitioner's reply is due on or before February 22, 2008. Appearance on this noticed motion for 2/7/08 is stricken.Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.