IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
JAN 3 0 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel.<br>LAMAR C. CHAPMAN III,<br><br>    Petitioner,<br><br>    v.<br><br>ROGER E. WALKER JR.,<br>  Director, Illinois Department of Corrections,<br>Illinois Department of Corrections, and<br>LISA MADIGAN, Illinois Attorney General,<br><br>    Respondents. | No. 07 C 6484  JAN 3 0 2008<br><br><br>The Honorable<br>Amy J. St. Eve,<br>Judge Presiding. |

## TO THE CLERK OF THE UNITED STATES DISTRICT COURT

The following Exhibits A through D to respondent's Motion to Dismiss, which was filed on January 30, 2008 in the above-captioned cause, are hereby filed with this Court:

    Exhibit A:    Certified Statement of Conviction/Disposition, *People v. Chapman*, No. 05 C4 4062701;

    Exhibit B:    *Chapman v. Dart*, No. 06 C 7026;

    Exhibit C:    Order Denying Appellant's Motion for an Extension of Time to File Appellant's Record, *People v. Chapman*, No. 1-07-0304; and

    Exhibit D:    Illinois Department of Corrections Inmate Status Sheet.

January 30, 2008                    Respectfully submitted,

                                    LISA MADIGAN
                                    Attorney General of Illinois

                          By:       *Sheri Wong*
                                    SHERI L. WONG, Bar # 6291090
                                    Assistant Attorney General
                                    100 West Randolph Street, 12th Floor
                                    Chicago, Illinois 60601
                                    TELEPHONE: (312) 814-3692
                                    FAX: (312) 814-2253
                                    EMAIL:swong@atg.state.il.us

```
                IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS       Page 001

        PEOPLE OF THE STATE OF ILLINOIS

                        VS                      NUMBER 05C44062701

        LAMAR       C CHAPMAN

                CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

        I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
with the Clerk of the Circuit Court.

Charging the above named defendant with:

   625-5/4-103(A)(1)                        F       RECEIVE/POSS/SELL STOLEN
The following disposition(s) was/were rendered before the Honorable Judge(s):


06/10/05 FNDG PROB CAUSE
     WEBER, DANIEL S
06/10/05 IND/INF FILED AND SET FOR            07/01/05 0473
     WEBER, DANIEL S
07/01/05 MOTION FOR DISCOVERY                 00/00/00 F        1
     WEBER, DANIEL S
07/01/05 PLEA OF NOT GUILTY                   00/00/00
     WEBER, DANIEL S
07/01/05 DEFENDANT ARRAIGNED                  00/00/00
     WEBER, DANIEL S
07/01/05 TRANSFERRED                          07/01/05 0475
     WEBER, DANIEL S
07/01/05 MOTION DEFT - CONTINUANCE - MD       07/18/05 0475
     TERRELL, LAWRENCE
07/18/05 MOTION DEFT - CONTINUANCE - MD       08/15/05 0475
     TERRELL, LAWRENCE
08/15/05 DISCOVERY ANSWER FILED               00/00/00 F        1
     TERRELL, LAWRENCE
08/15/05 CONTINUANCE BY AGREEMENT             08/25/05 0475
     TERRELL, LAWRENCE
08/25/05 MOTION DEFT - CONTINUANCE - MD       09/06/05
     TERRELL, LAWRENCE
09/06/05 MOTION DEFT - CONTINUANCE - MD       09/15/05
     TERRELL, LAWRENCE
09/15/05 MOTION DEFT - CONTINUANCE - MD       09/29/05 0475
     TERRELL, LAWRENCE
09/29/05 DEFENDANT IN CUSTODY                 00/00/00
     TERRELL, LAWRENCE
09/29/05 PRISONER DATA SHEET TO ISSUE         00/00/00
     TERRELL, LAWRENCE
```

EXHIBIT A

```
              IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS         Page 002

      PEOPLE OF THE STATE OF ILLINOIS

                        VS              NUMBER 05C44062701

      LAMAR        C CHAPMAN

              CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

    I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
09/29/05 CONTINUANCE BY AGREEMENT                  10/20/05
        TERRELL, LAWRENCE
10/20/05 DEFENDANT IN CUSTODY                      00/00/00
        TERRELL, LAWRENCE
10/20/05 PRISONER DATA SHEET TO ISSUE              00/00/00
        TERRELL, LAWRENCE
10/20/05 CONTINUANCE BY AGREEMENT                  11/03/05
        TERRELL, LAWRENCE
11/03/05 CONTINUANCE BY AGREEMENT                  11/16/05 0475
        BROWN JAMES R
11/16/05 MOTION DEFT - CONTINUANCE - MD            11/30/05 0475
        TERRELL, LAWRENCE
11/30/05 MOTION TO SUPPRESS                        00/00/00 F       2
        TERRELL, LAWRENCE
11/30/05 MOTION TO QUASH ARREST                    00/00/00 F       2
        TERRELL, LAWRENCE
11/30/05 CONTINUANCE BY AGREEMENT                  01/18/06 0475
        TERRELL, LAWRENCE
01/18/06 CONTINUANCE BY AGREEMENT                  01/25/06 0475
        TERRELL, LAWRENCE
01/25/06 MOTION TO SUPPRESS                        00/00/00 F       1
        TERRELL, LAWRENCE
01/25/06 MOTION TO QUASH ARREST                    00/00/00 F       1
        TERRELL, LAWRENCE
01/25/06 ENTERED AND CONTINUED                     00/00/00
        TERRELL, LAWRENCE
01/25/06 CONTINUANCE BY AGREEMENT                  01/30/06 0475
        TERRELL, LAWRENCE
01/30/06 MOTION TO SUPPRESS                        00/00/00 F       2
        COMMENCED AND CONTINUED FRO 01/25/06
        TERRELL, LAWRENCE
01/30/06 MOTION TO QUASH ARREST                    00/00/00 F       2
        COMMENCED AND CONTINUED FROM 01/25/06
        TERRELL, LAWRENCE
01/30/06 MOTION TO SUPPRESS                        00/00/00 D       4
        TERRELL, LAWRENCE
01/30/06 MOTION TO QUASH ARREST                    00/00/00 D       4
        TERRELL, LAWRENCE
```

```
              IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS        Page 003

     PEOPLE OF THE STATE OF ILLINOIS

                    VS                    NUMBER 05C44062701

     LAMAR      C CHAPMAN

                 CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

    I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
01/30/06 SPECIAL ORDER                              00/00/00
    DEFENSE WITHDRAWS PETITION FOR RULE TO SHOW CAUSE
    TERRELL, LAWRENCE
01/30/06 CONTINUANCE BY AGREEMENT                   02/09/06 0475
    MOTION TO DISMISS CHARGES
    TERRELL, LAWRENCE
02/09/06 ISSUE WRIT (HABEAS CORPUS ETC)             00/00/00
    TERRELL, LAWRENCE
02/09/06 CONTINUANCE BY ORDER OF COURT              03/07/06 0475
    TERRELL, LAWRENCE
03/07/06 MOTION DEFT - CONTINUANCE - MD             03/22/06 0475
    TERRELL, LAWRENCE
03/22/06 MOTION DEFT - CONTINUANCE - MD             04/05/06 0475
    TERRELL, LAWRENCE
04/05/06 ISSUE WRIT (HABEAS CORPUS ETC)             00/00/00
    TERRELL, LAWRENCE
04/05/06 CONTINUANCE BY ORDER OF COURT              04/13/06 0475
    TERRELL, LAWRENCE
04/13/06 ISSUE WRIT (HABEAS CORPUS ETC)             00/00/00
    TERRELL, LAWRENCE
04/13/06 CONTINUANCE BY ORDER OF COURT              04/20/06 0475
    TERRELL, LAWRENCE
04/20/06 MOTION DEFT - CONTINUANCE - MD             04/26/06 0475
    TERRELL, LAWRENCE
04/26/06 MOTION TO REDUCE SENTENCE                  00/00/00 D       4
    TERRELL, LAWRENCE
04/26/06 MOTION TO DISMISS CHARGES                  00/00/00 D       4
    TERRELL, LAWRENCE
04/26/06 CONTINUANCE BY AGREEMENT                   05/09/06 0475
    TERRELL, LAWRENCE
05/09/06 DISCOVERY ANSWER FILED                     00/00/00 F       2
    TERRELL, LAWRENCE
05/09/06 CONTINUANCE BY AGREEMENT                   06/12/06 0475
    TERRELL, LAWRENCE
06/12/06 CONTINUANCE BY AGREEMENT                   06/23/06 0475
    TUCKER THOMAS M.
06/23/06 SPECIAL ORDER                              00/00/00
    RULE TO SHOW CAUSE STRICKEN
    TERRELL, LAWRENCE
```

```
            IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS        Page 004

        PEOPLE OF THE STATE OF ILLINOIS

                        VS                  NUMBER 05C44062701

        LAMAR       C CHAPMAN

                CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

    I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
06/23/06 CONTINUANCE BY AGREEMENT                07/10/06 0475
     TERRELL, LAWRENCE
07/10/06 CONTINUANCE BY AGREEMENT                08/28/06 0475
     TERRELL, LAWRENCE
08/28/06 CONTINUANCE BY AGREEMENT                10/02/06 0475
     GINEX GREGORY ROBERT
10/02/06 CONTINUANCE BY AGREEMENT                11/13/06 0475
     TUCKER THOMAS M.
11/13/06 PLEA OF NOT GUILTY              CALL 00/00/00
     TERRELL, LAWRENCE
11/13/06 JURY DEMAND BY DEFENDANT                00/00/00
     TERRELL, LAWRENCE
11/13/06 CONTINUANCE BY ORDER OF COURT           11/14/06
     TERRELL, LAWRENCE
11/14/06 CONTINUANCE BY ORDER OF COURT           11/15/06
     TERRELL, LAWRENCE
11/14/06 TRIAL COMENCED AND CONTINUED            11/15/06
     TERRELL, LAWRENCE
11/15/06 TRIAL COMENCED AND CONTINUED            11/15/06 0475
     TERRELL, LAWRENCE
11/15/06 FINDING OF GUILTY               C001 00/00/00
     TERRELL, LAWRENCE
11/15/06 BAIL REVOKED                            00/00/00
     TERRELL, LAWRENCE
11/15/06 PRE-SENT INVEST. ORD, CONTD TO          00/00/00
     TERRELL, LAWRENCE
11/15/06 CONTINUANCE BY ORDER OF COURT           12/14/06 0475
     TERRELL, LAWRENCE
12/14/06 MOTION DEFT - CONTINUANCE - MD          01/30/07 0475
     TERRELL, LAWRENCE
01/30/07 SPECIAL ORDER                           00/00/00
     DNA ORDER
     TERRELL, LAWRENCE
01/30/07 SPECIAL ORDER                           00/00/00
     MOTION TO VACATE   JURY VERDICT IS DENIED
     TERRELL, LAWRENCE
01/30/07 DEF SENTENCED ILLINOIS DOC      C001 00/00/00
          3 YRS
     TERRELL, LAWRENCE
```

```
          IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 005

      PEOPLE OF THE STATE OF ILLINOIS

                        VS              NUMBER 05C44062701

          LAMAR     C CHAPMAN

               CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

     I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
01/30/07 CREDIT DEFENDANT FOR TIME SERV           00/00/00
                        402 DYS
      TERRELL, LAWRENCE
01/30/07 SPECIAL ORDER                            00/00/00
      DEFENSE FILES NOTICE OF APPEAL
      TERRELL, LAWRENCE
01/30/07 SPECIAL ORDER                            00/00/00
      COURT APPOINTS APPEALATE ATTY
      TERRELL, LAWRENCE
02/02/07 NOTICE OF NOTICE OF APP MAILED           00/00/00
03/30/07 CLR RECD BY APP COUNSEL                  00/00/00
03/29/07 SPECIAL ORDER                            00/00/00
      MANDATE-"INTERLOCUTORY APPEAL" HEREBY WITHDRAWN
06/15/07 EVIDENCE ORDERED IMPOUNDED REC           00/00/00
06/29/07 SPECIAL ORDER                            00/00/00
      EVIDENCE SENT TO WAREHOUSE
```

I hereby certify that the foregoing has
been entered of record on the above
captioned case.
Date 01/10/08

_____
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT OF COOK COUNTY

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Amy J. St. Eve | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 06 C 7026 | **DATE** | 12/28/2006 |
| **CASE TITLE** | Lamar C. Chapman, III vs. Thomas Dart | | |

**DOCKET ENTRY TEXT**

Petitioner has paid the filing fee. The Court summarily dismisses the present petition for a writ of habeas corpus without prejudice for failure to exhaust state remedies pursuant to Rule 4 of the Rules Governing Section 2254 Cases.

■[ For further details see text below.]   Notices mailed by Judicial staff.

## STATEMENT

Petitioner brings the present petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254. Although Petitioner does not state specifically of what he was convicted, it appears he was convicted of possessing or possession of a stolen motor vehicle and criminal trespass to a motor vehicle on November 15, 2006. Petitioner is due to be sentenced in state court on January 30, 2007.

Before bringing a habeas claim in federal court, a petitioner must exhaust all remedies available to him in state court. *Bintz v. Bertrand*, 403 F.3d 859, 863 (7th Cir. 2005). Specifically, the "petitioner must establish that he fully and fairly presented his claims to the state appellate courts, thus giving the state courts a meaningful opportunity to consider the substance of the claims that he later presents in his federal challenge." *Id.*; *see also O'Sullivan v. Boerckel*, 526 U.S. 838, 845, 848, 119 S.Ct. 1728, 144 L.Ed.2d 1 (1999).

Here, Petitioner has yet to be sentenced in state court, and thus has a number of state remedies to pursue before exhausting his state remedies, in particular, a direct appeal to the Illinois Appellate Court. Simply put, Petitioner has failed to exhaust his state court remedies, and thus the present habeas petition is not properly before the Court.

The Court advises Petitioner that Section 2244(d)(1) of the Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") provides for a one-year statute of limitations subject to certain tolling provisions. *See Araujo v. Chandler*, 435 F.3d 678, 680 (7th Cir. 2005); *Gray v. Briley*, 305 F.3d 777, 778 (7th Cir. 2002). For instance, the statute expressly recognizes that the one-year period is tolled during the pendency of properly filed state post-conviction petitions. *Powell v. Davis*, 415 F.3d 722, 725 (7th Cir. 2005); *see also Artuz v. Bennett*, 531 U.S. 4, 121 S.Ct. 361, 364, 148 L.Ed.2d 213 (2000). Petitioner therefore should file his federal habeas petition as soon as possible ***after his state remedies are completed*** so that he files it within the statute of limitations. *See Dolis v. Chambers*, 454 F.3d 721, 723-24 (7th Cir. 2006) (if statute of limitations not at issue, dismissal of habeas petition without prejudice appropriate); *see generally Rhines v. Weber*, 544 U.S. 269, 125 S.Ct. 1528, 161 L.Ed.2d 440 (2005).

Accordingly, after preliminary review, the Court summarily dismisses the present petition for a writ of habeas corpus without prejudice for failure to exhaust state remedies pursuant to Rule 4 of the Rules Governing Section 2254 Cases. The Court also dismisses Petitioner's emergency motion as moot.

| | Courtroom Deputy Initials: | GR |
|---|---|---|

06C7026 Lamar C. Chapman, III vs. Thom███████████████████   Page 1 of 1

EXHIBIT B

No. 1-07-0304

IN THE

APPELLATE COURT OF ILLINOIS

FIRST DISTRICT

| | |
|---|---|
| PEOPLE OF THE STATE OF ILLINOIS, )<br><br>  Plaintiff-Appellee, )<br>  )<br>-vs- )<br>  )<br>LAMAR CHAPMAN, )<br>  )<br>  Defendant-Appellant. ) | Appeal from the Circuit Court<br>of Cook County, Illinois.<br><br><br>No. 05 C4 40627.<br><br>Honorable<br>Lawrence Terrell,<br>Judge Presiding. |

**ORDER**

This matter coming to be heard on Appellant's motion, all parties having been duly notified, and the Court being advised in the premises,

IT IS HEREBY ORDERED:

That an extension of time until February 5, 2008, in which to file Appellant's record is allowed.

_____
PRESIDING JUSTICE

**ORDER ENTERED**

DEC 2 0 2007

_____
JUSTICE

_____
JUSTICE

DATE APPELLATE COURT, FIRST DISTRICT

MICHAEL J. PELLETIER
Deputy Defender
Office of the State Appellate Defender
203 North LaSalle Street - 24th Floor
Chicago, Illinois 60601
(312) 814-5472
COUNSEL FOR DEFENDANT-APPELLANT

EXHIBIT C

# ILLINOIS DEPARTMENT OF CORRECTIONS
## INTERNET INMATE STATUS
AS OF: Wednesday, January 30, 2008

## R59114 - CHAPMAN, LAMAR C.

| | |
|---|---|
| Parent Institution: | Vienna Correctional Center |
| Inmate Status: | PAROLE |
| Location: | PAROLE DISTRICT 2 |
| Discharge Reason: | |

### VITALS

| | |
|---|---|
| Date of Birth: | 07-08-1953 |
| Weight: | 180 lbs. |
| Hair: | Gray or Partially Gray |
| Sex: | Male |
| Height: | 5 ft. 09 in. |
| Race: | Black |
| Eyes: | Brown |

### MARKS, SCARS, & TATTOOS
SCAR, FOOT, RIGHT -
SCAR, FOOT, LEFT -

### ADMISSION / RELEASE / DISCHARGE INFO

| | |
|---|---|
| Custody Date: | 02/02/2007 |
| Projected Parole Date: | |
| Paroled Date: | 04-03-2007 |
| Tentative Discharge Date: | |
| Discharge From Parole: | 04/03/2009 |

### SENTENCING INFORMATION

| MITTIMUS: | 05C44062701 |
|---|---|
| CLASS: | 2 |
| COUNT: | 1 |
| OFFENSE: | RECEIVE/POSS/SELL STOLEN VEH |
| CUSTODY DATE: | 12/18/2005 |
| SENTENCE: | 3 YEARS 0 MONTHS 0 DAYS |
| COUNTY: | COOK |
| SENTENCE DISCHARGED?: | NO |

All complaints regarding the accuracy of information contained in these documents should be submitted, in writing, to the Illinois Department of Corrections, P.O. Box 19277, Springfield, IL 62794-9722.

conduct another search
return to the IDOC homepage

Illinois Department of Corrections
1301 Concordia Court
Springfield, Illinois, 62794
217-558-2200 | 800-546-0844 TDD

EXHIBIT D